UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 28 PM 1:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: _____ |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| Veronica ORTIZ | ) | Importation of a Controlled Substance |
| Defendant, | ) | '08 MJ 2658 |

The undersigned complaint being duly sworn states:

On or about August 27, 2008, within the Southern District of California, Veronica ORTIZ did knowingly and intentionally import approximately 61.10 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT Jeffery G. Arndt
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF
August, 2008.

MAGISTRATE JUDGE

DOA 08/28/08

## PROBABLE CAUSE STATEMENT

On August 27, 2008, at approximately 2053 hours, Veronica ORTIZ attempted to enter the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. ORTIZ was the sole occupant and driver of 2004 White Nissan Xterra bearing California, United States (CA/US) license plates 5MTY921.

Customs and Border Protection (CBP) Officers referred the vehicle to secondary after ORTIZ seemed evasive with her responses to CBP Officers questions. ORTIZ gave two negative customs declarations. Once in secondary, a narcotic detector dog alerted and responded to the presence of a narcotic odor emitting from the vehicle. At the vehicle secondary inspection area, examination of the vehicle revealed 30 packages totaling 61.10 kilograms of a green-leafy substance. A random field test of one of the packages revealed a positive reaction for marijuana.

On August 28, 2008, at approximately 0001 hours, Immigration and Customs Enforcement (ICE) Special Agents (S/A) Adam Weber and (S/A) Andrew Flood contacted ORTIZ and told her she was under arrest for attempting to smuggle narcotics into the United States. After ORTIZ was read her constitutional rights, per Miranda, in the English language, ORTIZ waived her rights and agreed to make a statement. ORTIZ stated that she knew the 2004 White Nissan Xterra contained marijuana and that she was to be paid $1000.00 to drive the vehicle across the United States Mexico border and deliver it to a parking lot in San Ysidro, California.

Veronica ORTIZ was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

*Jeffery G. Arndt*

*McKinney*